# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HEATHER HANEY-FILIPPONE,** *Plaintiff*, | : : : | CIVIL ACTION |
| v. | : : | NO. 20-5303 |
| **AGORA CYBER CHARTER SCHOOL,** *Defendant.* | : : : : | |

## ORDER

**AND NOW**, this **10th** day of **May, 2021**, upon consideration of Plaintiff's Partial Motion for Judgment on the Pleadings (ECF No. 21), it is hereby **ORDERED** that Plaintiff's Motion (ECF No. 21) is **GRANTED** and Defendant Agora Cyber Charter School ("Agora") is a covered employer under the Families First Coronavirus Response Act's ("FFCRA") Emergency Family and Medical Leave Expansion Act ("EFMLA") and Emergency Paid Sick Leave Act ("EPSLA").

**BY THE COURT:**

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**