# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEATHER HANEY-FILIPPONE, *Plaintiff*, | : CIVIL ACTION : : |
| v. | : NO. 20-5303 : |
| AGORA CYBER CHARTER SCHOOL, *Defendant*. | : : : : |

## ORDER

**AND NOW**, this **10th** day of **May, 2021**, upon consideration of Plaintiff's Partial Motion for Judgment on the Pleadings (ECF No. 21) and Defendant's Cross-Motion for Judgment on the Pleadings (ECF No. 23), it is hereby **ORDERED** that Defendant's Motion (ECF No. 23) is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**